# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Vanessa Spencer, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Credence resource Management, LLC,<br><br>Defendant. | No. CV17-4282 PHX DGC<br><br>**ORDER** |

The Court has reviewed the parties' stipulation of dismissal. Doc. 16.

**IT IS ORDERED** the stipulation of dismissal (Doc. 16) is **granted.** This matter is dismissed with prejudice as to Plaintiff Vanessa Spencer and without prejudice as to any members of the putative class. Each side shall bear its own costs and attorneys' fees.

Dated this 27th day of April, 2018.

_____
David G. Campbell
United States District Judge